## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| JOSHUA SAUBERMAN, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>AVIS RENT A CAR SYSTEM, L.L.C., a New Jersey Corporation,<br><br>Defendant. | Civil Action No. 2:17-cv-00756<br>(WJM)(MF)<br><br>**STIPULATION OF DISMISSAL WITH PREJUDICE AND WITHOUT ATTORNEYS' FEES OR COSTS** |

The matter in difference in the above entitled action having been amicably resolved by and between Plaintiff Joshua Sauberman, individually and on behalf of all others similarly situated and Defendant Avis Rent A Car System, L.L.C., it is hereby stipulated and agreed that the above-captioned action and any and all claims asserted by these parties therein be and hereby are dismissed, with prejudice as to Plaintiff's individual claims, and without prejudice as to the claims of any unnamed members of the putative and uncertified class, and in all cases without attorneys' fees or costs to any party.

| | |
|---|---|
| **MARCUS & ZELMAN, LLC**<br>Attorneys for Plaintiff | **REED SMITH LLP**<br>Attorneys for Defendant |
| s/Yitzchak Zelman<br>Yitzchak Zelman | s/Kellie A. Lavery<br>Kellie A. Lavery |
| Dated: October 19, 2017 | Dated: October 19, 2017 |